FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUL 30  AM 10: 15

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LUIS A. CORZO                                       CIVIL ACTION

versus                                              NO. 07-7409

STATE JUDGE ROBERT M. MURPHY                        SECTION: "B" (1)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Luis A. Corzo** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 28th day of July, 2008.

_____
**UNITED STATES DISTRICT JUDGE**